AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

BETTY J. LEITCH

V.

UNITED STATES OF AMERICA

# EXHIBIT AND WITNESS LIST

Case Number: 7:06-cv-00278

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Glen E. Conrad | William Wilson & Russell Updike | Thomas L. Eckert |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/27/2007 | Judy Webb | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/27/2007 | Yes | Yes | Picture of Betty Leitch Head Scar |
| 2 | | 8/27/2007 | Yes | Yes | Picture of Betty Leitch's elbow after Pack surgery |
| 3 | | 8/27/2007 | Yes | Yes | Picture of Betty Leitch's elbow after Hooper surgery |
| 4 | | 8/27/2007 | Yes | Yes | Medical Expenses - Betty Leitch |
| 5 | | 8/27/2007 | Yes | Yes | Transportation Expenses - Betty Leitch |
| 6 | | 8/27/2007 | Yes | Yes | Dates of Medical Treatment - Betty Leitch |
| 7 | | 8/27/2007 | Yes | Yes | Pictures of car after accident (2) |
| 8 | | 8/27/2007 | Yes | Yes | Highlands Therapy Evaluation |
| 9 | | 8/27/2007 | Yes | Yes | Affidavit of Patricia Henderson, D.O. |
| 10 | | 8/27/2007 | Yes | Yes | Damages Summary - Betty Leitch |
| 11 | | 8/27/2007 | Yes | Yes | List of Widmeyer cases |
| | 1 | 8/27/2007 | Yes | Yes | Deposition - William Hooper, M.D. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 7:06-cv-00278-GEC   Document 32   Filed 08/27/07   Page 1 of 1   Pageid#: 82